IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:23CR112 |
| | ) | |
| vs. | ) | |
| | ) | |
| ALEAH MEYER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the Unopposed Motion to Continue Trial [74]. Counsel needs additional time to conduct plea negotiations. For good cause shown,

    **IT IS ORDERED** that the Unopposed Motion to Continue Trial [74] is granted, as follows:

1. The jury trial now set for March 4, 2024, is continued to **April 22, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 22, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

    **DATED: February 28, 2024.**

                                             **BY THE COURT:**

                                             **s/ Susan M. Bazis**
                                             **United States Magistrate Judge**